**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**SYLVIA ARDLEY,**

    **Plaintiff,**

**vs.**                                      **CASE NO. 1:07cv141-MP/AK**

**MICHAEL J. ASTRUE,**

    **Defendants.**

_____/

# O R D E R

Presently before the Court in the above entitled action is Defendant's Motion for Extension of Time (doc. 15), which is unopposed.  Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendant shall respond to Plaintiff's memorandum within thirty days of this date.

**DONE AND ORDERED** this _8th_ day of January, 2008.


                                                         *s/ A. KORNBLUM*
                                                         **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**