IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SYLVIA ARDLEY,

    Plaintiff,

v.                                      CASE NO. 1:07-cv-00141-MP-AK

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 21, Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, filed by Plaintiff Sylvia Ardley.  Defendant has filed a response, Doc. 22, stating that it does not object to the award of attorney fees. Accordingly, the motion is granted, and fees in the amount of $3,209.04 are hereby awarded to the Plaintiff.

    **DONE AND ORDERED** this   *16th* day of June, 2008

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge